IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-394-GCM**

| | | |
|---|---|---|
| RICHARD HAUSSLING, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| TRITON PCS HOLDINGS COMPANY, | ) | |
| LLP d/b/a SunCom Wireless; SUNCOM | ) | |
| WIRELESS MANAGEMENT COMPANY, | ) | |
| INC., d/b/a SunCom Wireless, and | ) | |
| SUNCOM WIRELESS OPERATING | ) | |
| COMPANY, LLC, d/b/a SunCom | ) | |
| Wireless, | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 7] on December 18, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, February 20, 2008, at 10:45 a.m.**

IT IS SO ORDERED.

Signed: January 28, 2008

Graham C. Mullen
United States District Judge