IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-394

| | | |
|---|---|---|
| RICHARD HAUSSLING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRITON PCS HOLDINGS CO., | ) | |
| LLP, *et al,* | ) | |
| Defendants. | ) | |

THIS MATTER is before the court on the Joint Motion for Extension of Time to Respond to Motion for Summary Judgment and Request to Extend Trial Date [doc. 29]. For cause shown, the Motion is GRANTED.

IT IS ORDERED THAT the plaintiff shall have until **March 6, 2009**, in which to file Plaintiff's brief in opposition to Defendant's Motion for Summary Judgment, and Defendant shall have until **March 23, 2009,** in which to respond to plaintiff's brief.

IT IS FURTHER ORDERED that the trial in this matter be hereby re-set for the **July 6, 2009** term.

IT IS SO ORDERED.

Signed: February 19, 2009

Graham C. Mullen
United States District Judge