UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-394-GCM

| | |
|---|---|
| RICHARD HAUSSLING,<br>    Plaintiff,<br>v.<br><br>TRITON PCS HOLDINGS COMPANY, LLC,<br>    Defendant. | **ORDER** |

  **THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **September 14, 2009, at 10:00 a.m..**

  **SO ORDERED**.

             Signed: May 27, 2009

             Graham C. Mullen
             United States District Judge