# United States District Court
# For The Western District of North Carolina
# Charlotte Division

RICHARD HAUSSLING,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                     3:07CV394

TRITON PCS HOLDINGS COMPANY, LLP, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 19, 2009 Order.

                                         Signed: June 19, 2009

                                         Frank G. Johns, Clerk
                                         United States District Court